UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv- 21955-WPD

STEPHANIA DUQUE CORREA,

      Plaintiff,

v.

CHOICE BRANDS INC, AND MARTIN R. GUZMAN PENA.,

      Defendants.

_____/

## ORDER APPROVING NOTICE OF WITHDRAWAL

THIS CAUSE came before the Court on the Notice of Dissociation of Samuel G. Gonzalez, Esq. as Counsel for Plaintiff, filed March 31, 2026. [DE 6] (the "Notice"). The Court having considered the Notice, and otherwise being duly advised herein, it is hereby:

**ORDERED AND ADJUDGED** that the Notice [DE 6] is **APPROVED**. Samuel G. Gonzalez, Esq. is hereby withdrawn as an attorney of record for Plaintiff.  Brian H. Pollock, Esq., remains counsel of record for Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

1