UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21955

STEPHANIA DUQUE CORREA,

      Plaintiff,

vs.

CHOICE BRANDS INC, AND
MARTIN R. GUZMAN PENA,

      Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Stephania Duque Correa, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 9th day of April 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*