UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21955-DIMITROULEAS

STEPHANIA DUQUE CORREA,

     Plaintiff,

v.

CHOICE BRANDS, INC. AND
MARTIN R. GUZMAN PENA,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF SETTLEMENT BETWEEN PLAINTIFF, STEPHANIA DUQUE CORREA, AND DEFENDANTS, CHOICE BRANDS, INC. AND MARTIN R. GUZMAN PENA

Defendants, Choice Brands, Inc. and Martin R. Guzman Pena, hereby advise the Court that Plaintiff, Stephanie Duque Correa ("Plaintiff"), and Defendants have reached an agreement in principle to settle the instant case pending final review and execution of a settlement agreement. The parties will file the agreement for the Court's approval and a stipulation of dismissal once the settlement agreement is finalized and executed in accordance with the Court's order.  Accordingly, Defendants respectfully requests that the Court vacate all currently set dates and deadlines in the case.

Dated this 2nd day of June 2026.

By:     */s/ Diane P. Perez*
     Diane P. Perez, B.C.S. (41869)
     **DIANE PEREZ, P.A.**
     100 Almeria Ave., Suite 201
     Coral Gables, Florida 33134
     Telephone: (305) 985-5676
     E-mail: diane@dianeperezlaw.com
     *Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document was provided electronically to the Plaintiff's attorneys, identified in the Service List below, on this 2nd day of June 2026.

By:    /s/ Diane P. Perez_____
        Diane P. Perez, B.C.S. (41869)

**SERVICE LIST**
Brian H. Pollock, Esq.
E-mail: brian@fairlawattorney.com
Katie Schickman, Esq.
E-mail: katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Attorney for Plaintiff*