UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0: 26-cv-21955-WPD

STEPHANIA DUQUE CORREA,

Plaintiff,

v.

CHOICE BRANDS, INC. AND
MARTIN R. GUZMAN PENA.,

Defendant.

_____/

**ORDER TO SHOW CAUSE**

The Court's March 26, 2026 Order required parties to file dismissal documents within ten days of notification that the case had settled. [DE 5]. On June 2, 2026 a Notice of Settlement was filed indicating that this case had settled in full. *See* [DE 10].  However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **June 22, 2026**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed. Parties are reminded that pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) and the Court's March 3, 2026 Order [DE 4], parties' settlement agreement must be filed in the record for review and approval.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:

Counsel of Record