UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21955-DIMITROULEAS

STEPHANIA DUQUE CORREA,

       Plaintiff,

v.

CHOICE BRANDS INC. AND
MARTIN R. GUZMAN PENA,

       Defendants.

_____/

### DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's Order to Show Cause [ECF No. 11], Defendants, CHOICE BRANDS INC. and MARTIN R. GUZMAN PENA (collectively, "Defendants"), hereby respond as follows:

Defendants have not filed the appropriate dismissal documents because they have yet to receive the executed Confidential Settlement Agreement and Release (the "Agreement") executed by the Plaintiff, STEPHANIA DUQUE CORREA ("Plaintiff"), in Order to submit the Agreement to the Court for approval and then request dismissal of the action with prejudice. As of Friday, June 19, 2026, counsel for the Plaintiff was still waiting on the Plaintiff to execute and/or return the Agreement to Plaintiff's counsel.

Respectfully submitted this 22nd of June 2026.

By:    /s/ Diane P. Perez
        Diane P. Perez, B.C.S. (41869)
        E-mail: *diane@dianeperezlaw.com*
        **DIANE PEREZ, P.A.**
        100 Almeria Ave., Suite 201
        Coral Gables, Florida 33134
        Telephone: (305) 985.5676

Counsel for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:    /s/ Diane P. Perez
       Diane P. Perez, B.C.S. (41869)

**Service List**
Brian H. Pollock, Esq.
E-mail: brian@fairlawattorney.com
Katie Schickman, Esq.
E-mail: katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
Counsel for Plaintiff

2