UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0: 26-cv-21955-WPD

STEPHANIA DUQUE CORREA,

    Plaintiff,

v.

CHOICE BRANDS, INC. AND
MARTIN R. GUZMAN PENA.,

    Defendants.

_____/

## ORDER ON RESPONSE TO ORDER TO SHOW CAUSE

The Court's March 26, 2026 Order required parties to file dismissal documents within ten days of notification that the case had settled. [DE 5]. On June 2, 2026 a Notice of Settlement was filed indicating that this case had settled in full. [DE 10].  On June 15, 2026, the Court entered an Order to Show Cause, requiring parties to either file the appropriate dismissal documents or show cause why they have not been filed. [DE 11]. On June 22, 2026, Defendants responded to the Order, stating they were awaiting Plaintiff's execution of the settlement agreement. [DE 12].

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **July 1, 2026**, the parties shall either file the appropriate dismissal documents or show cause why they have not been filed. Parties are reminded that pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982), and the Court's March 3, 2026 Order [DE 4], parties' settlement agreement must be filed in the record for review and approval.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:

Counsel of Record