UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21955-DIMITROULEAS

STEPHANIA DUQUE CORREA,

       Plaintiff,

v.

CHOICE BRANDS INC. AND
MARTIN R. GUZMAN PENA,

       Defendants.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE,** having come before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Parties' Settlement Agreement is hereby approved.

2.     The above-entitled cause against the Defendants is hereby **DISMISSED WITH PREJUDICE**.

3.     The Court shall retain jurisdiction for 90 days for the limited purpose of enforcing the terms of the Parties' Settlement Agreement.

       **DONE** and **ORDERED** in Chambers this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE