UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-21955-WPD

STEPHANIA DUQUE CORREA,

    Plaintiff,

v.

CHOICE BRANDS INC. AND MARTIN R. GUZMAN PENA.,

    Defendants.

_____/

## ORDER GRANTING
## JOINT MOTION TO APPROVE SETTLEMENT

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Case With Prejudice (the "Motion"), filed June 26, 2026. [DE 15]. Having considered the Motion and the Settlement Agreement attached thereto, the Court approves the settlement as a fair and reasonable resolution of Plaintiffs' FLSA claims pursuant to *Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d at 1350 (11th Cir. 1982).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 15] is **GRANTED**.

2. The Settlement Agreement [DE 15], Exhibit A, is **APPROVED**.

3. The above-styled case is **DISMISSED WITH PREJUDICE.**

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

5. The Court retains jurisdiction for ninety days to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record